UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cynthia Thomas,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Dillon School District Four, D. Ray Rogers, Arthur McMillan, and Polly Elkins,<br><br>　　　　　Defendants. | C.A. No. 4:13-cv-00990-BHH<br><br><br>**VERDICT FORM** |

**Do you find from a preponderance of the evidence:**

## WAGE DISPARITY CLAIM

1. That Plaintiff Cynthia Thomas was paid less than similarly-situated District employees?

    Answer: Yes or (No)

2. If the Answer to Question 1 is "Yes," do you find that Cynthia Thomas' lesser pay was motivated by her race?

    Answer: Yes or (No)

**Note**: If you answered "Yes" to both Questions 1 and 2, do you find:

3. That Plaintiff Cynthia Thomas should be awarded damages to compensate her for the difference in her wages from July 1, 2011 through the date of trial?

    Answer: Yes or No_____

    If your Answer to Question 3 is "Yes" in what amount do you advise that she be compensated for the difference in her wages? _____

4. That Plaintiff Cynthia Thomas should be awarded damages other than lost wages to compensate her for mental anguish and emotional pain?

Answer: Yes or No _____

If your Answer to Question 4 is "Yes" in what amount? _____

## TERMINATION BASED ON RACE CLAIM

1. That Plaintiff Cynthia Thomas' termination by the District was motivated by her race?

   Answer: Yes or (No)  _____

   **Note**: If you answered "Yes" to Question 1, do you find:

2. That Plaintiff Cynthia Thomas should be awarded damages to compensate her for her lost wages and benefits from the date of her termination through the date of trial?

   Answer: Yes or No _____

   If your Answer to Question 2 is "Yes" in what amount do you advise that she be compensated for her lost wages and benefits? _____

3. That Plaintiff Cynthia Thomas should be awarded damages other than lost wages and benefits related to her termination?

   Answer: Yes or No _____

   If your Answer to Question 3 is "Yes" in what amount? _____

## RETALIATION CLAIM

1. That Plaintiff Cynthia Thomas was terminated by the District because she made complaints about racial discrimination and pay disparity based on race?

   Answer: Yes or (No) _____

   **Note**: If you answered "Yes" to Question 1, do you find:

2. That Plaintiff Cynthia Thomas should be awarded damages to compensate her for her lost wages and benefits from the date of her termination through the date of trial?

   Answer: Yes or No _____

If your Answer to Question 2 is "Yes" in what amount do you advise that she be compensated for her lost wages and benefits ?_____

3. That Plaintiff Cynthia Thomas should be awarded damages other than lost wages and benefits related to her termination?

   Answer: Yes or No_____

   If your Answer to Question 3 is "Yes" in what amount? _____

## 42 U.S.C. § 1981 CLAIM

1. That Defendant Rogers, Defendant McMillan, and/or Defendant Elkins, in their official role as employees of the District, unlawfully impaired Plaintiff Cynthia Thomas' employment contract with the District on the basis of her race?

   Answer: Yes or (No)_____

   **Note**: If you answered "Yes" to Question 1, do you find:

2. That Plaintiff Cynthia Thomas should be awarded damages to compensate her for her lost wages and benefits from the date of her termination through the date of trial?

   Answer: Yes or No_____

   If your Answer to Question 2 is "Yes" in what amount do you advise that she be compensated for her lost wages and benefits ?_____

3. That Plaintiff Cynthia Thomas should be awarded damages other than lost wages and benefits related to her termination?

   Answer: Yes or No_____

   If your Answer to Question 3 is "Yes" in what amount? _____

## REINSTATEMENT/FRONT PAY

**Note**: Only answer these questions if you have found above that the District discriminated

3

and/or retaliated against Plaintiff Cynthia Thomas related to her termination.

1. Do you advise the Court that Plaintiff Cynthia Thomas should be reinstated as an employee in the District?

    Answer: Yes or No _____

2. If the Court does not reinstate Plaintiff Cynthia Thomas, do you advise the Court that she should receive front pay?

    Answer: Yes or No _____

    If your answer to Question 2

__4/8/16__  
DATE                                    SIGNATURE OF FOREPERSON